# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| THE ESTATE OF DANIEL BLEVINS,<br>JODY BLEVINS, Plaintiffs Pro Se, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiffs, | Case No.: 07-C-537-C |
| v. | |

ST. JOSEPH REGIONAL MEDICAL CENTER,
PLYMOUTH CAMPUS, Plymouth, IN.;
DINESH C. SHAH, M.D., Plymouth, IN.;
(UNKNOWN) ARLEDGE, M.D., Plymouth, IN.;
JOHN DOE, M.D., Plymouth, IN.;
JANE DOE, R.N., #1 Plymouth, IN.;
JANE DOE R.N. #2, Plymouth, IN.;
JANE DOE R.N. #3, Plymouth, IN.;
JANE DOE R.N. #4, Plymouth, IN.;
T. METSKER, R.N., Plymouth, IN.;
UNIVERSITY OF WISCONSIN HOSPITAL
CLINICS & AUTHORITIES, Madison, WI;
DR. ALEXANDRU OR JOHN DOE MUSAT, M.D.,
Madison, WI;
JOHN DOE, M.D., Madison, WI; and
ABC INSURANCE COMPANIES, Insurers
of the above parties,

                Defendants.

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

    This case is dismissed against defendants.

                THERESA M. OWENS
_____
                Theresa M. Owens, Clerk

                /s/ S. Vogel

**by Deputy Clerk**

10/9/07
_____
Date